# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Lawrence D. Legant**

     vs.                             **CASE NUMBER: 3:06-CV-1271**

**Chase Bank USA, N.A.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion for Summary Judgment and to amend its answer is Granted. The arbitration award in the amount of $8,647.03 is confirmed. Defendant's motion for sanctions against Plaintiff is denied with leave to renew.  Plaintiff's complaint is dismissed.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 1st day of December, 2008.

DATED: December 1, 2008

*[signature]*
Clerk of Court

s/S. Potter
S. Potter
Deputy Clerk